| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 09-CR-775-01(BSJ) |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:14-00047-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Bryant Williams | SOUTHERN DISTRICT OF NEW YORK | Probation |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Loretta A. Preska, Chief U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM August 9, 2013 — TO August 8, 2016 |

OFFENSE

Honest Service Mail Fraud Involving Bribery and Kickbacks {18 U.S.C. 1341 and 1346}, a Class B Felony. Bribery {18 U.S.C. 201}, a Class C Felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **"SOUTHERN DISTRICT OF NEW YORK"**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_2/3/14_  
Date

_Loretta A. Preska_  
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Middle District of Tennessee.**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_3-28-14_  
Effective Date

_William J. Haynes Jr._  
United States District Judge